IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES E. WALKER, #R02343, <br><br>       Plaintiff, <br><br> v. <br><br> KIM BUTLER, *et al.*, <br><br>       Defendants. | Case No. 19-cv-00446-SPM |

## MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

This matter is before the Court for case management purposes. Defendant R.D. Moore was issued summons on Plaintiff's Amended Complaint on December 5, 2019. (Doc. 37). After the initial Waiver of Service was returned unexecuted because Defendant Moore no longer works at Menard, the Waiver of Service was returned executed on December 23, 2019, and his Answer was due February 10, 2020. (Doc. 50). As of this date, Defendant Moore has failed to move, answer, or otherwise plead in response to the Amended Complaint.

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

(1)      The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant Moore in accordance with Federal Rule of Civil Procedure 55(a).

(2)      Plaintiff is **ORDERED** to move for default judgment against Defendant Moore on or before **November 24**, **2020,** in accordance with Federal Rule of Civil Procedure 55(b).

(3)      If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendant Moore for failure to

      prosecute and/or failure to comply with an order of the Court.

(4)     The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to Defendant Moore.

**IT IS SO ORDERED.**

**DATED:   October 27, 2020**

                                         *s/Stephen P. McGlynn*
                                         **STEPHEN P. MCGLYNN**
                                         **United States District Judge**